UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2198-PSG (AGRx) | Date | July 18, 2016 |
|---|---|---|---|
| Title | COTTAGE HEALTH SYSTEM, ET AL. -VS- ADMIRAL INSURANCE COMPANY, ET AL. | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kirsten Jackson | Eldon Edson |

**Proceedings:**   ORDER TO SHOW CASE HEARING RE: DISMISSAL

  The Court, having been updated on the status of the case, continues the hearing to July 25 at 2:30 p.m. This hearing will be vacated upon the filing of a stipulated dismissal.

:   01

Initials of Preparer   wh