UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-2198-PSG (AGRx) | Date | August 1, 2016 |
|---|---|---|---|
| Title | COTTAGE HEALTH SYSTEM, ET AL.  -VS- ADMIRAL INSURANCE COMPANY, ET AL. | | |

Present: The Honorable   PHILIP S. GUTIERREZ

| Wendy Hernandez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Kirsten Jackson | Laura Ramos |

**Proceedings:**   ORDER TO SHOW CAUSE HEARING RE: DISMISSAL CONTINUED

The Court, having been updated on the status of the case and with the agreement of counsel, dismisses the case and retains jurisdiction to enforce the settlement.

:   01

Initials of Preparer   wh